```
UNITED STATES DISTRICT COURT FOR THE
    WESTERN DISTRICT OF NORTH CAROLINA
             CHARLOTTE DIVISION
              3:01CV198-V-02
               (3:99CR60-3-V)
```

| | |
|---|---|
| **SHAWN ALAN CONNOR,** )<br>    **Petitioner,** )<br> )<br>    v. )<br> )<br>**UNITED STATES OF AMERICA,** )<br>    **Respondent.** )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the petitioner's "Motion To Reopen The Judgment Filed January 25, 2002 Pursuant To Fed.R.Civ.P. 60(b)(4)"; on his "Motion [T]o Amend 28 U.S.C. 2255 [P]ursuant [T]o Rule 15(a)"; and on his "Motion [F]or Reconsideration Pursuant [T]o Rule 59(e)," all filed May 1, 2006.

The docket sheets for the petitioner's cases reflect that his convictions and his 248-month sentence became final in December 2000--that is, at the expiration of the brief period during which he could have (but did not) give his notice of appeal.  Furthermore, the petitioner's pursuit of collateral review of those matters was concluded March 10, 2005, when the Fourth Circuit Court of Appeals dismissed his appeal of this Court's denial of his Motion to Vacate.

By the instant series of Motions, the petitioner is seeking to

reopen his collateral proceedings and proceed with an amended Motion to Vacate. Suffice it to say, however, the petitioner cannot succeed with these efforts.

Indeed, the petitioner's cases were long ago concluded. Thus, the petitioner's attempt to obtain additional collateral review is tantamount to a successive motion to vacate. However, because the petitioner does not represent that he sought and obtained permission from the appellate Court to proceed with any additional proceedings, his Motions each must be denied. <u>See</u> 28 U.S.C. §2244 (concerning requirements for successive motions to vacate).

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. The petitioner's "Motion To Reopen The Judgment . . . ," filed May 1, 2006 is **DENIED**;

2. The petitioner's "Motion [T]o Amend . . . ," filed May 1, 2006 is **DENIED**; and

3. The petitioner's "Motion [F]or Reconsideration . . . ," filed May 1, 2006 is **DENIED.**

**SO ORDERED.**

Signed: May 23, 2006

Richard L. Voorhees
Chief United States District Judge